UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PACIFIC LIFE AND ANNUITY
COMPANY,
              Plaintiff,

v.

JACOB MOSKOWITZ,
              Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 2768 (VB)

       On April 2, 2020, plaintiff Pacific Life and Annuity Company commenced the instant action against defendant Jacob Moskowitz. (Doc. #1).

       On April 22, 2020, plaintiff docketed a proof of service indicating service on defendant on April 10, 2020. (Doc. #6). Defendant had until May 1, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendant has not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by May 15, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by May 29, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: May 6, 2020
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge